**Last revised: August 1, 2017**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-15301 (JNP) |
| Debra L. Steimling | Judge: | Jerrold N. Poslusny |
| Debtor(s) | | |

## Chapter 13 Plan and Motions

☐ Original  ☐ Modified/Notice Required  Date: August 31, 2017

☐ Motions Included  ☒ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SMZ      Initial Debtor: /s/ DLS      Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____207.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____September 1, 2017_____ for approximately _____31_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☒    Future earnings

    ☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

    ☐ Sale of real property
    Description:
    Proposed date for completion: _____

    ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☐ Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

$736.00 PTD

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,000.00 |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

| **Part 4:** | **Secured Claims** |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

i. Chase  2017 Subaru Forrester

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| | | |

### Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____3,000.00_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Robert McConville, LL | 0.00 | Residential | Assume | $1,500.00 |
| Chase | 0.00 | Auto Lease | Assume | $348.00 |

6

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

   b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

| | c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☒ NONE |||||
|---|---|---|---|---|---|
| The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above: |||||
| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative/Priority
3) Secured
4) Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: June 13, 2017                              .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To remove prior auto lease and update Plan to assume current auto lease | Part 4(f) and Part 6 |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: August 31, 2017                              /s/ Scott M. Zauber, Esq.                    
                                                  Attorney for the Debtor

Date: August 31, 2017                              /s/ Debra L. Steimling                       
                                                  Debtor

Date: _____                      _____
                                                  Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: August 31, 2017                                    /s/ Scott M. Zauber
                                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: August 31, 2017                                    /s/ Debra L. Steimling
                                                         Debtor

Date: _____                             _____
                                                         Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 17-15301-JNP
Debra L. Steimling   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 3            Date Rcvd: Sep 07, 2017
                              Form ID: pdf901      Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
```
db             Debra L. Steimling,    1607 Shore Rd,    Linwood, NJ  08221-2206
516806772      CACH, LLC,   PO Box 10587,    Greenville SC 29603-0587
516708899      COmenity Bank/NYWRK,    Attn: Cawley & Bergmann,    117 Kinderkamack Rd Ste 201,
                River Edge, NJ  07661-1916
516708892      Capital One / Justice,    PO Box 71106,    Charlotte, NC  28272-1106
516708893     +Capital One Bank USA, N.A.,    PO Box 30281,    Salt Lake City, UT 84130-0281
516932716      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516708894      Capital One, NA,    Attn: Progressive Financial Service,    1919 W Fairmont Dr Ste 8,
                Tempe, AZ  85282-3183
516708895      Chase,    PO Box 901003,    Fort Worth, TX  76101-2003
516708897      Comenity - Victorias Secret,    PO Box 659728,    San Antonio, TX  78265-9728
516708898     +Comenity Bank-New York & Co.,    POB 182789,    Columbus, OH 43218-2789
516708900      Comenity Capital Bank,    PO Box 183043,    Columbus, OH  43218-3043
516708901      Comenity Portfolio Debt Equity,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
516708902      ComenityCapital/GMStop,    PO Box 182120,    Columbus, OH  43218-2120
516785711     +Country Door,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516708905     +Credit One Bank NA,    7 Entin Road Attn: Pressler & Pressler,    Parsippany, NJ 07054-5020
516708906     +DC Treasurer,    POB 2014,    Washington, DC 20013-2014
516708907      Department of Motor Vehicles - DC,    PO Box 2014,    Washington, DC  20013-2014
516708909     +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
516708910      Firstsource Advantage, LLC,    Attn: CapitalOne Bank,    PO Box 628,    Buffalo, NY  14240-0628
516708911      IC System,    Attn: Masseys,    PO Box 64437,    Saint Paul, MN  55164-0437
516773465      JPMorgan Chase Bank, N.A.,    po box 29505,    Phx, AZ 85038
516708913      Lending Club Corp,    470 Convention Way,    Redwood City, CA  94063-0000
516785825     +Massey's,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516708914     +Masseys,    POB 2822,    Monroe, WI 53566-8022
516708918      Music and Arts Center,    Attn: Transworld Systems, Inc.,    9525 Sweet Valley Dr,
                Valley View, OH  44125-4237
516708919     +PA Turnpike Commission,    8000 C Derry St,    Harrisburg, PA 17111-5200
516708920     +Premier Bankcard Inc.,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
516708921     +Pressler & Pressler,    7 Entin Rd. Attn: Midland Funding LLC,    Parsippany, NJ 07054-5020
516708922      Progressive Direct Auto,    PO Box 31260,    Tampa, FL  33631-3260
516708923     +Progressive Insurance,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
516708925     +Quality Asset Recovery,    7 Foster Ave, Ste 101,    Gibbsboro, NJ 08026-1191
516708926      Rickart Collection Systems, Inc.,    Attn: Atlantic City Electric,    PO Box 7242,
                North Brunswick, NJ  08902-7242
516708927      Robert McConville,    1236 Shore Rd,    Linwood, NJ  08221-2442
516708928      Rushmore Service Center,    Attn: Premier Bankcard,    PO Box 5507,    Sioux Falls, SD  57117-5507
516708929      Shore Medical Center,    Attn: Paragon Revenue Group,    PO Box 127,    Concord, NC  28026-0127
516708930      Six Flags Adventure,    Route 537,    Jackson, NJ  08527-0000
516708931      Stoneleigh Recovery Associates,    Attn: Comenity Capital Bank,    PO Box 1479,
                Lombard, IL  60148-8479
516708932      TD Bank,    Attn: Lyons Doughty Vedhuis,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ  08054-1725
516708933     +TD Bank USA-Target Credit,    POB 673,    Minneapolis, MN 55440-0673
516708934     +Through the Country Door,    1112 7th Ave.,    Monroe, WI 53566-1364
516708935      Verizon,    PO Box 4330,    Trenton, NJ  08610-0330
516708936      Verizon Wireless,    Attn: Convert Outsourcing,    PO Box 9004,    Renton, WA  98057-9004
516708938      Webbank/CACH,    Attn: Freshview,    6300 S Syracuse Way Ste 200,    Centennial, CO  80111-6722
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516708888      E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2017 01:20:55      Ally Financial,    POB 380901,
                Bloomington, MN  55438-0901
516708889     +E-mail/Text: bankruptcy@pepcoholdings.com Sep 08 2017 01:21:15      Atlantic City Electric,
                POB 13610,    Philadelphia, PA 19101-3610
516725588      E-mail/Text: bankruptcy@pepcoholdings.com Sep 08 2017 01:21:15
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ  08069-3600
516708891     +E-mail/Text: bk@avant.com Sep 08 2017 01:22:06      Avant, Inc.,    640 N La Salle Dr,
                Chicago, IL 60654-3731
516964354     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2017 01:38:12
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
516708896      E-mail/Text: jsanders@cksfin.com Sep 08 2017 01:21:27      CKS Financial,
                Attn: Lending Club Corp.,    PO Box 2856,    Chesapeake, VA  23327-2856
516708903      E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 08 2017 01:22:18
                Credit Collection Services,    Attn: Wells Fargo Bank,    725 Canton St,
                Norwood, MA  02062-2679
```

```
District/off: 0312-1            User: admin              Page 2 of 3                     Date Rcvd: Sep 07, 2017
                                Form ID: pdf901          Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516708904      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 08 2017 01:38:11      Credit One Bank,
                 POB 98875,    Las Vegas, NV 89193-8875
516708908       E-mail/Text: bankruptcynotices@dcicollect.com Sep 08 2017 01:22:05
                 Diversified Consultants, Inc.,    Attn: Verizon,    PO Box 551268,
                 Jacksonville, FL 32255-1268
516708912       E-mail/Text: bnckohlsnotices@becket-lee.com Sep 08 2017 01:21:01      Kohls/Cap One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
516880551       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2017 01:17:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516988988      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2017 01:21:32      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516708915       E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2017 01:21:32      Midland Funding,
                 2365 Northside Dr # 300,    San Diego, CA 92108-2709
516708916      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2017 01:21:32      Midland Funding LLC,
                 8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
516708917      +E-mail/Text: cd@musicarts.com Sep 08 2017 01:21:57      Music & Arts Centers,
                 4626 Wedgewood Blvd,    Frederick, MD 21703-7159
516995203       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2017 01:37:14
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516983702      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 08 2017 01:21:46      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516708924       E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:24      Q Card/Synchrony Bank,
                 PO Box 530905,    Atlanta, GA 30353-0905
516744273       E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2017 01:21:25
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
516982618       E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2017 01:21:25
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
516819602      +E-mail/Text: bncmail@w-legal.com Sep 08 2017 01:21:40      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516837914      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2017 01:37:13      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516708937      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 08 2017 01:22:06      Webbank-Gettington,
                 6250 Ridgewood Rd.,    Saint Cloud, MN 56303-0820
516708939       E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 08 2017 01:22:18      Wells Fargo Bank,
                 c/o Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516708890*     Atlantic City Electric,    PO Box 13610,    Philadelphia, PA 19101-3610
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Scott M. Zauber    on behalf of Debtor Debra L. Steimling szauber@subranni.com,
          ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
          m;hinnaurato@subranni.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Sep 07, 2017
                              Form ID: pdf901          Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 5