Case 17-15301-JNP    Doc 28-2    Filed 10/09/17    Entered 10/09/17 08:58:13    Desc Main
Proposed Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Scott M. Zauber, Esq.  SZ6086

**Order Filed on October 17, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debra L. Steimling

Case No.: 17-15301-JNP

Chapter: 13

Judge: Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 17, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Scott M. Zauber _____, the applicant, is allowed a fee of $ _____ 300.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 300.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 219.00 _____ per month for _____ 29 _____ months to allow for payment of the above fee.

*rev.8/1/15*