**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 17-15301 |
|---|---|---|
| Debra L. Steimling | Hearing Date: | |
| | Chapter: | JNP |
| | Judge: | 13 |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny Jr. , United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default re:

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** 11/30/2018 @ 10:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 10/23/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on  10/23 , 20 18  this notice was served on the following: Debra L. Steimling Thomas J Subranni
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-15301-JNP
Debra L. Steimling                                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 23, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db              #Debra L. Steimling,    1607 Shore Rd,    Linwood, NJ  08221-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Scott M. Zauber    on behalf of Debtor Debra L. Steimling jwiesner@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Thomas J Subranni    on behalf of Debtor Debra L. Steimling jwiesner@subranni.com,
               ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6