Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 17−15301−JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Debra L. Steimling
    426 Aurora Drive
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−8329

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: August 7, 2020
JAN: lgr

                                                           Jeanne Naughton
                                                           Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                       Case No. 17-15301-JNP
Debra L. Steimling                                                           Chapter 13
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3                  Date Rcvd: Aug 07, 2020
                               Form ID: cscnodsc           Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db             +Debra L. Steimling,    426 Aurora Drive,    Egg Harbor Township, NJ 08234-7577
516708899       COmenity Bank/NYWRK,    Attn: Cawley & Bergmann,    117 Kinderkamack Rd Ste 201,
                 River Edge, NJ 07661-1916
516932716       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516708894       Capital One, NA,    Attn: Progressive Financial Service,    1919 W Fairmont Dr Ste 8,
                 Tempe, AZ 85282-3183
517057963       Chase Bank, N.A.-Bankruptcy Dept.,     PO Box 29505-AZ1-1191,   Phoenix, AZ 85038
516708901       Comenity Portfolio Debt Equity,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
516708905      +Credit One Bank NA,    7 Entin Road Attn: Pressler & Pressler,    Parsippany, NJ 07054-5020
516708906      +DC Treasurer,    POB 2014,   Washington, DC 20013-2014
516708907       Department of Motor Vehicles - DC,     PO Box 2014,   Washington, DC 20013-2014
516708909      +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
516708910       Firstsource Advantage, LLC,    Attn: CapitalOne Bank,    PO Box 628,    Buffalo, NY 14240-0628
516708911       IC System,   Attn: Masseys,    PO Box 64437,    Saint Paul, MN 55164-0437
516773465       JPMorgan Chase Bank, N.A.,    po box 29505    Phx, AZ 85038
516708912       Kohls/Cap One,   PO Box 3115,    Milwaukee, WI 53201-3115
516708913       Lending Club Corp,    470 Convention Way,    Redwood City, CA 94063-0000
516708918       Music and Arts Center,    Attn: Transworld Systems, Inc.,    9525 Sweet Valley Dr,
                 Valley View, OH 44125-4237
516708919      +PA Turnpike Commission,    8000 C Derry St,    Harrisburg, PA 17111-5200
516708920      +Premier Bankcard Inc.,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
516708921      +Pressler & Pressler,    7 Entin Rd. Attn: Midland Funding LLC,    Parsippany, NJ 07054-5020
516708922       Progressive Direct Auto,    PO Box 31260,    Tampa, FL 33631-3260
516708923      +Progressive Insurance,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
516708925      +Quality Asset Recovery,    7 Foster Ave, Ste 101,    Gibbsboro, NJ 08026-1191
516708926       Rickart Collection Systems, Inc.,     Attn: Atlantic City Electric,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
516708927       Robert McConville,    1236 Shore Rd,    Linwood, NJ 08221-2442
516708928       Rushmore Service Center,    Attn: Premier Bankcard,    PO Box 5507,    Sioux Falls, SD 57117-5507
516708929       Shore Medical Center,    Attn: Paragon Revenue Group,    PO Box 127,    Concord, NC 28026-0127
516708930       Six Flags Adventure,    Route 537,    Jackson, NJ 08527-0000
516708931       Stoneleigh Recovery Associates,    Attn: Comenity Capital Bank,    PO Box 1479,
                 Lombard, IL 60148-8479
516708932       TD Bank,   Attn: Lyons Doughty Vedhuis,     136 Gaither Dr Ste 100,
                 Mount Laurel, NJ 08054-1725
516708933      +TD Bank USA-Target Credit,    POB 673,    Minneapolis, MN 55440-0673
516708935       Verizon,   PO Box 4330,    Trenton, NJ 08610-0330
516708936       Verizon Wireless,    Attn: Convert Outsourcing,    PO Box 9004,   Renton, WA 98057-9004
516708938       Webbank/CACH,    Attn: Freshview,    6300 S Syracuse Way Ste 200,    Centennial, CO 80111-6722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:21     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516708888       E-mail/Text: ally@ebn.phinsolutions.com Aug 08 2020 01:18:00     Ally Financial,    POB 380901,
                 Bloomington, MN 55438-0901
516708889      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 08 2020 01:18:51     Atlantic City Electric,
                 POB 13610,   Philadelphia, PA 19101-3610
516725588       E-mail/Text: bankruptcy@pepcoholdings.com Aug 08 2020 01:18:51
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516708891      +E-mail/Text: bk@avant.com Aug 08 2020 01:19:56     Avant, Inc.,    640 N La Salle Dr,
                 Chicago, IL 60654-3731
516964354      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2020 01:14:23
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
516806772       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 01:14:29     CACH, LLC,
                 PO Box 10587,   Greenville SC 29603-0587
516708896       E-mail/Text: jsanders@cksfin.com Aug 08 2020 01:19:13     CKS Financial,
                 Attn: Lending Club Corp.,    PO Box 2856,   Chesapeake, VA 23327-2856
516708892       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2020 01:12:11
                 Capital One / Justice,    PO Box 71106,   Charlotte, NC 28272-1106
516708893      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2020 01:14:17
                 Capital One Bank USA, N.A.,    PO Box 30281,   Salt Lake City, UT 84130-0281
516708897       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:19:03
                 Comenity - Victorias Secret,    PO Box 659728,   San Antonio, TX 78265-9728
516708898      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:19:03
                 Comenity Bank-New York & Co.,    POB 182789,   Columbus, OH 43218-2789
516708900       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:19:03     Comenity Capital Bank,
                 PO Box 183043,   Columbus, OH 43218-3043
```

```
District/off: 0312-1          User: admin              Page 2 of 3             Date Rcvd: Aug 07, 2020
                              Form ID: cscnodsc        Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516708902      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:19:04     ComenityCapital/GMStop,
                PO Box 182120,   Columbus, OH 43218-2120
516785711     +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2020 01:20:21     Country Door,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516708903      E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2020 01:20:06
                Credit Collection Services,   Attn: Wells Fargo Bank,   725 Canton St,
                Norwood, MA 02062-2679
516708904     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2020 01:12:15     Credit One Bank,
                POB 98875,   Las Vegas, NV 89193-8875
516708908      E-mail/Text: bankruptcynotices@dcicollect.com Aug 08 2020 01:19:54
                Diversified Consultants, Inc.,   Attn: Verizon,   PO Box 551268,
                Jacksonville, FL 32255-1268
516708895      E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 08 2020 01:14:12     Chase,
                PO Box 901003,   Fort Worth, TX 76101-2003
516708912      E-mail/Text: PBNCNotifications@peritusservices.com Aug 08 2020 01:18:28     Kohls/Cap One,
                PO Box 3115,   Milwaukee, WI 53201-3115
516880551      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 01:12:23
                LVNV Funding, LLC its successors and assigns as,   assignee of Santander Consumer USA,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516988988     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2020 01:19:16     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
516785825     +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2020 01:17:46     Massey's,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516708914     +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2020 01:17:46     Masseys,   POB 2822,
                Monroe, WI 53566-8022
516708915      E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2020 01:19:16     Midland Funding,
                2365 Northside Dr # 300,   San Diego, CA 92108-2709
516708916     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2020 01:19:16     Midland Funding LLC,
                8875 Aero Dr., Ste 200,   San Diego, CA 92123-2255
516708917     +E-mail/Text: cd@musicarts.com Aug 08 2020 01:19:48     Music & Arts Centers,
                4626 Wedgewood Blvd,   Frederick, MD 21703-7159
516995203      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2020 01:14:24
                Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
516983702     +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2020 01:19:36     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516708924      E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:14:11     Q Card/Synchrony Bank,
                PO Box 530905,   Atlanta, GA 30353-0905
516744273      E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 01:19:10
                Quantum3 Group LLC as agent for,   JH Portfolio Debt Equities LLC,   PO Box 788,
                Kirkland, WA 98083-0788
516982618      E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 01:19:11
                Quantum3 Group LLC as agent for,   Velocity Investments LLC,   PO Box 788,
                Kirkland, WA 98083-0788
516819602     +E-mail/Text: bncmail@w-legal.com Aug 08 2020 01:19:33     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516708934     +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2020 01:20:21     Through the Country Door,
                1112 7th Ave.,   Monroe, WI 53566-1364
516837914     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2020 01:12:39     Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516708937     +E-mail/Text: bnc-bluestem@quantum3group.com Aug 08 2020 01:19:56     Webbank-Gettington,
                6250 Ridgewood Rd.,   Saint Cloud, MN 56303-0820
516708939      E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2020 01:20:06     Wells Fargo Bank,
                c/o Credit Collection Services,   PO Box 55126,   Boston, MA 02205-5126
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516708890*     Atlantic City Electric,   PO Box 13610,   Philadelphia, PA 19101-3610
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2020                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                Page 3 of 3            Date Rcvd: Aug 07, 2020
                               Form ID: cscnodsc          Total Noticed: 70
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jeanie D. Wiesner    on behalf of Debtor Debra L. Steimling jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```