| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Debra L. Steimling<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8329<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–15301–JNP | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Debra L. Steimling

6/23/21                                                **By the court:** Jerrold N. Poslusny Jr.
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-15301-JNP |
| Debra L. Steimling | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 23, 2021 | Form ID: 3180W | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra L. Steimling, 426 Aurora Drive, Egg Harbor Township, NJ 08234-7577 |
| 516708899 | | COmenity Bank/NYWRK, Attn: Cawley & Bergmann, 117 Kinderkamack Rd Ste 201, River Edge, NJ 07661-1916 |
| 516708894 | | Capital One, NA, Attn: Progressive Financial Service, 1919 W Fairmont Dr Ste 8, Tempe, AZ 85282-3183 |
| 517057963 | | Chase Bank, N.A.-Bankruptcy Dept., PO Box 29505-AZ1-1191, Phoenix, AZ 85038 |
| 516708901 | | Comenity Portfolio Debt Equity, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 516708905 | + | Credit One Bank NA, 7 Entin Road Attn: Pressler & Pressler, Parsippany, NJ 07054-5020 |
| 516708906 | + | DC Treasurer, POB 2014, Washington, DC 20013-2014 |
| 516708907 | | Department of Motor Vehicles - DC, PO Box 2014, Washington, DC 20013-2014 |
| 516773465 | | JPMorgan Chase Bank, N.A., po box 29505 Phx, AZ 85038 |
| 516708913 | | Lending Club Corp, 470 Convention Way, Redwood City, CA 94063-0000 |
| 516708918 | | Music and Arts Center, Attn: Transworld Systems, Inc., 9525 Sweet Valley Dr, Valley View, OH 44125-4237 |
| 516708919 | + | PA Turnpike Commission, 8000 C Derry St, Harrisburg, PA 17111-5200 |
| 516708921 | + | Pressler & Pressler, 7 Entin Rd. Attn: Midland Funding LLC, Parsippany, NJ 07054-5020 |
| 516708922 | | Progressive Direct Auto, PO Box 31260, Tampa, FL 33631-3260 |
| 516708923 | + | Progressive Insurance, 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 516708925 | + | Quality Asset Recovery, 7 Foster Ave, Ste 101, Gibbsboro, NJ 08026-1191 |
| 516708926 | | Rickart Collection Systems, Inc., Attn: Atlantic City Electric, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 516708927 | | Robert McConville, 1236 Shore Rd, Linwood, NJ 08221-2442 |
| 516708928 | | Rushmore Service Center, Attn: Premier Bankcard, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 516708929 | | Shore Medical Center, Attn: Paragon Revenue Group, PO Box 127, Concord, NC 28026-0127 |
| 516708930 | | Six Flags Adventure, Route 537, Jackson, NJ 08527-0000 |
| 516708931 | | Stoneleigh Recovery Associates, Attn: Comenity Capital Bank, PO Box 1479, Lombard, IL 60148-8479 |
| 516708932 | | TD Bank, Attn: Lyons Doughty Vedhuis, 136 Gaither Dr Ste 100, Mount Laurel, NJ 08054-1725 |
| 516708935 | | Verizon, PO Box 4330, Trenton, NJ 08610-0330 |
| 516708936 | | Verizon Wireless, Attn: Convert Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 516708938 | | Webbank/CACH, Attn: Freshview, 6300 S Syracuse Way Ste 200, Centennial, CO 80111-6722 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516708888 | | EDI: GMACFS.COM | Jun 24 2021 00:28:00 | Ally Financial, POB 380901, Bloomington, MN 55438-0901 |
| 516708889 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 23 2021 20:37:00 | Atlantic City Electric, POB 13610, Philadelphia, PA 19101-3610 |
| 516725588 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 23 2021 20:37:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516708891 | | Email/Text: bk@avant.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| | | Jun 23 2021 20:38:00 | Avant, Inc., 640 N La Salle Dr, Chicago, IL 60654-3781 |
| 516964354 | + EDI: RECOVERYCORP.COM | | |
| | | Jun 24 2021 00:28:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516806772 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 23 2021 20:35:00 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 516708896 | EDI: CKSFINANCIAL.COM | | |
| | | Jun 24 2021 00:28:00 | CKS Financial, Attn: Lending Club Corp., PO Box 2856, Chesapeake, VA 23327-2856 |
| 516708892 | EDI: CAPITALONE.COM | | |
| | | Jun 24 2021 00:28:00 | Capital One / Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 516708893 | + EDI: CAPITALONE.COM | | |
| | | Jun 24 2021 00:28:00 | Capital One Bank USA, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516932716 | EDI: BL-BECKET.COM | | |
| | | Jun 24 2021 00:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516708895 | EDI: CHASEAUTO | | |
| | | Jun 24 2021 00:28:00 | Chase, PO Box 901003, Fort Worth, TX 76101-2003 |
| 516708897 | EDI: WFNNB.COM | | |
| | | Jun 24 2021 00:28:00 | Comenity - Victorias Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 516708898 | + EDI: WFNNB.COM | | |
| | | Jun 24 2021 00:28:00 | Comenity Bank-New York & Co., POB 182789, Columbus, OH 43218-2789 |
| 516708900 | EDI: WFNNB.COM | | |
| | | Jun 24 2021 00:28:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 516708902 | EDI: WFNNB.COM | | |
| | | Jun 24 2021 00:28:00 | ComenityCapital/GMStop, PO Box 182120, Columbus, OH 43218-2120 |
| 516785711 | + EDI: CBS7AVE | | |
| | | Jun 24 2021 00:28:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516708903 | EDI: CCS.COM | | |
| | | Jun 24 2021 00:28:00 | Credit Collection Services, Attn: Wells Fargo Bank, 725 Canton St, Norwood, MA 02062-2679 |
| 516708904 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jun 23 2021 20:34:56 | Credit One Bank, POB 98875, Las Vegas, NV 89193-8875 |
| 516708908 | EDI: DCI.COM | | |
| | | Jun 24 2021 00:28:00 | Diversified Consultants, Inc., Attn: Verizon, PO Box 551268, Jacksonville, FL 32255-1268 |
| 516708909 | + EDI: AMINFOFP.COM | | |
| | | Jun 24 2021 00:28:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 516708910 | EDI: FSAE.COM | | |
| | | Jun 24 2021 00:28:00 | Firstsource Advantage, LLC, Attn: CapitalOne Bank, PO Box 628, Buffalo, NY 14240-0628 |
| 516708911 | EDI: IIC9.COM | | |
| | | Jun 24 2021 00:28:00 | IC System, Attn: Masseys, PO Box 64437, Saint Paul, MN 55164-0437 |
| 516708912 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 23 2021 20:36:00 | Kohls/Cap One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516880551 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 23 2021 20:35:24 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516988988 | + EDI: MID8.COM | | |
| | | Jun 24 2021 00:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516785825 | + EDI: CBSMASON | | |
| | | Jun 24 2021 00:28:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516708914 | + EDI: CBSMASON | | |
| | | Jun 24 2021 00:28:00 | Masseys, POB 2822, Monroe, WI 53566-8022 |
| 516708915 | EDI: MID8.COM | | |
| | | Jun 24 2021 00:28:00 | Midland Funding, 2365 Northside Dr # 300, San |

Case 17-15301-JNP   Doc 62   Filed 06/25/21   Entered 06/26/21 00:17:06   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 3180W | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Diego, CA 92108-2709 |
| 516708916 | + | EDI: MID8.COM | Jun 24 2021 00:28:00 | Midland Funding LLC, 8875 Aero Dr., Ste 200, San Diego, CA 92123-2255 |
| 516708917 | + | Email/Text: cd@musicarts.com | Jun 23 2021 20:37:00 | Music & Arts Centers, 4626 Wedgewood Blvd, Frederick, MD 21703-7159 |
| 516995203 | | EDI: PRA.COM | Jun 24 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516708920 | + | EDI: AMINFOFP.COM | Jun 24 2021 00:28:00 | Premier Bankcard Inc., 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 516983702 | + | EDI: JEFFERSONCAP.COM | Jun 24 2021 00:28:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516708924 | | EDI: RMSC.COM | Jun 24 2021 00:28:00 | Q Card/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 516744273 | | EDI: Q3G.COM | Jun 24 2021 00:28:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516982618 | | EDI: Q3G.COM | Jun 24 2021 00:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516819602 | + | Email/Text: bncmail@w-legal.com | Jun 23 2021 20:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516708933 | + | EDI: WTRRNBANK.COM | Jun 24 2021 00:28:00 | TD Bank USA-Target Credit, POB 673, Minneapolis, MN 55440-0673 |
| 516708934 | + | EDI: CBS7AVE | Jun 24 2021 00:28:00 | Through the Country Door, 1112 7th Ave., Monroe, WI 53566-1364 |
| 516837914 | + | EDI: AIS.COM | Jun 24 2021 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516708937 | + | EDI: BLUESTEM | Jun 24 2021 00:28:00 | Webbank-Gettington, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 516708939 | | EDI: CCS.COM | Jun 24 2021 00:28:00 | Wells Fargo Bank, c/o Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516708890 | * | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jun 23, 2021 | Form ID: 3180W | Total Noticed: 70

Date: Jun 25, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Debra L. Steimling jeanie@sadeklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5